

Wednesday, October 1, 2014

Misc. No. 15–8001/AR.  Randy Hernandez, Appellant v. Colonel Gregory Gross, Military Judge, United States Army, and United States, Appellees.  CCA 20140293. On consideration of the writ-appeal petition and motion for stay, it is ordered that said petition is denied without prejudice to Appellant's right to raise the issues asserted during the normal course of appellate review, and that said motion is denied as moot.

No. 14–0054/AF.  U.S. v. Sharmaine L. Latham.  CCA 38107.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 16, 2014.

No. 14–0751/AR.  U.S. v. Johnathan M. Johnson.  CCA 20120643.  Appellant's motion to withdraw the petition for grant of review denied without prejudice to the subsequent filing of a motion to withdraw that complies with Rule 21(f), Rules of Practice and Procedure.

No. 15–0064/AF.  U.S. v. Andrew J. Henne.  CCA 38334.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 20, 2014.

No. 15–0067/AF.  U.S. v. Timothy R. Spielman.  CCA 38285.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 20, 2014.